*Epstein* for appellee. .

No. 698. PETER H. MARKMANN FUNERAL HOME, INC. *v.* RYAN. Motion to dismiss distributed February 20, 1937. Decided March 1, 1937. *Per Curiam:* The motion of the appellee to dimiss the appeal is granted, and the appeal is dismissed for the want of a substantial federal question. *Crescent Oil Co.* v. *Mississippi,* 257 U. S. 129, 137; *Hanover Ins. Co.* v. *Harding,* 272 U. S. 494, 507; *Hemphill* v. *Orloff,* 277 U. S. 537, 548. *Mr. B. D. Oliensis* for appellant. *Mr. Henry A. Craig* for appellee.

No. 584. CITY BUS Co. *v.* MISSISSIPPI. Motion to dismiss distributed January 9, 1937. Adjudged to be dismissed for failure to comply with Rule 12 January 18, 1937. Motion to reinstate appeal filed February 4, 1937. Motion granted March 1, 1937. Decided March 1, 1937. *Per Curiam:* The motion to reinstate the appeal is granted. The appeal is dismissed (1) for the want of a substantial federal question, *Carley & Hamilton* v. *Snook,* 281 U. S. 66, 73–74; (2) insofar as a question is sought to be raised under the Fourteenth Amendment, for the want of a properly presented federal question. *McCorquodale* v. *Texas,* 211 U. S. 432, 437; *Forbes* v. *State Council of Virginia,* 216 U. S. 396, 399; *Rooker* v. *Fidelity Trust Co.,* 261 U. S. 114, 117; *Gelkom Realty Corp.* v. *Young Women's Hebrew Assn.,* 296 U. S. 537. *Messrs. Marcellus Green, Garner W. Green,* and *B. E. Eaton* for appellant. *Messrs. Greek L. Rice* and *W. W. Pierce* for appellee.